```
                                    FILED IN THE
                                    UNITED STATES
                                    BANKRUPTCY COURT
Philip G. Jones (1748)              2009 SEP -4  AM 11: 37
Chapter 7 Trustee
853 West Center Street              DISTRICT OF UTAH
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345
```

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re:<br><br>ANTHONY FRED JENSEN<br>HARMONY ANN JENSEN<br><br>Debtor(s). | Case No. 08-23715<br>Chapter 7<br><br>Judge: JUDITH A. BOULDEN |
|---|---|

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

_____ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

__x__ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 3009 | Express Rcvy<br>Po Box 26415<br>Salt Lake City, UT 84126 | 4.75 |

3

A check in the amount of $4.75 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 29th day of August, 2009.

                                            PHILIP G. JONES
                                            Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 29th day of August, 2009:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

ROBERT S. PAYNE
921 W. CENTER ST.
OREM, UT 84057

Date: 08/29/09                                                                                                                         Page:

**DIVIDENDS REMITTED TO THE COURT**
Check Number 3009 Dated 08/29/09
Case Number 08-23715 - JENSEN, ANTHONY FRED

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Express Rcvy**<br>Po Box 26415<br>Salt Lake City, UT 84126 | 000004 | 219.23 | 4.75 |
| ---------- Remittance Total --------------- | | 219.23 | 4.75 |

PHILIP G. JONES, Trustee

COURT1                                                                                    Printed: 08/29/09 09:35 AM   Ver: 14.31c